R. A. HAMILTON v. SOUTHERN RAILWAY COMPANY AND SEABOARD AIR LINE RAILWAY COMPANY.

(Filed 29 June, 1932.)

(For digest see *Hamilton v. R. R., ante,* 136.)

APPEAL by National Surety Company from *Small, J.,* at December Term, 1931, of WAKE. Reversed.

*Clyde A. Douglass and R. N. Simms for plaintiff.*
*S. Brown Shepherd for National Surety Company.*

CLARKSON, J. For the reasons given in the opinion in *Hamilton v. R. R., ante,* 136, the judgment of the court below is

Reversed.